UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

XIAONAN HUANG,

      Plaintiff,

v.

UNITED STATES DEPARTMENT
OF STATE, et al.,

      Defendants.

_____/

Case No. 26-cv-10393
Hon. Matthew F. Leitman

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff,

this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 7, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 7, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126